# UNITED STATES DISTRICT COURT

for the

___9___ District of __OREGON__

___9___ Division

Jasson Ray 11961959 )
Justin Pruett 1214679 )
_____ )
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Phsyciateic Crises center )
Marion County Jail )
Sheriff _____ Defendant(s) Nick Hunter )
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __6:25-cv-621 MTK__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jasson Ray & Justin Pruett
Street Address: 4000 Aumsville Highway SE
City and County: Salem   Marion County
State and Zip Code: Oregon   92317
Telephone Number:
E-mail Address:

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: PHSYCHATRIC CRISES CENTER
- Job or Title (if known): Marion County Jail contractor
- Street Address: 1118 Oak St
- City and County: Salem, Marion county
- State and Zip Code: Oregon 97301
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Marion County Jail
- Job or Title (if known): Sheriff Nick Hunter
- Street Address: 4000 Aumsville Highway SE
- City and County: Salem, Marion county
- State and Zip Code: Oregon 97371
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Janice
- Job or Title (if known): sphycologist social worker
- Street Address: 1118 Oak St
- City and County: Salem, Marion county
- State and Zip Code: Oregon 97301
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Mars.
- Job or Title (if known): PCC social worker
- Street Address: 1118 Oak St.
- City and County: Salem, Marion
- State and Zip Code: Oregon 97301
- Telephone Number:
- E-mail Address (if known):

   b.   If the defendant is a corporation

   The defendant, (name) **Psychiatric Crisis Center**, is incorporated under the laws of the State of (name) **Oregon**, and has its principal place of business in the State of (name) **Oregon**.
   Or is incorporated under the laws of (foreign nation) **United States**,
   and has its principal place of business in (name) **Salem Oregon**.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest of costs of court, because (explain):

   **We will be claiming 10 million Dollars for Psychiatric medical malpractice and for civil Rights violations Directly Hurting both inmates with severe mental Health diagnoses**

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Both plaintiffs and inmates with severe mental Health and medical needs. Both plaintiffs are locked down in 24 hour solitary confinement. Psychiatric Crisis Center has (see attached)**

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**We are asking for ten million dollars for PCC and Marion County Jail to pay for causing irreversable damage to our mental health and med health**

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Colman V Brown §1983 Civil Rights ADA mentally ill inmates Forced In solitary confinement

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Jasson Ray Tustin Ploop is a citizen of the State of *(name)* Oregon.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   
   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* Phsyciatric Crisis Center, is a citizen of the State of *(name)* Oregon. Or is a citizen of *(foreign nation)*

Page 3 of 5

Attachment for defendents

1) CEO OF PCC
2) Janice ~
3) Mars.
4) Brady
5) Issache
6) Marion County Jail
7) Sherrif Nick Hunter
8) Commander Ramsey
9) All chain of command who purposley lied and broke rules.

*Marion County Jail refused to give us full names of PCC workers*

Statement of claim

the contract in marion county Jail each day a worker from PCC comes Around asks if we are suicidal they do not help us at all they break Hippa Laws By talking to ~~sose~~ Deputys making fun of us. mr lay has tried to commit sucide more than 15 times he is bipolar l ~~phctzo~~ effer with skitrophrinia mr pruett has Attempted sucide alot. these pcc staff Do not care about our personal mental health care the only care about their contracts with marion county Jails they knowingly let the Jail staff abuse us. and keep us locked down 24 hours a day for month mr pruitt Lost Both his dad and Brother

to suicide and he also has tried social worker Janice told him he needs to quit playing games she also goaded Mr Ray by telling Deputys he was crying like a baby because of his mental health.

Mr Ras told social worker Mary she is a mandatory Reporter she said she doesnt want to lose there contract with Marion County but its wrong to let mentally ill inmates get Abused knowingly by their keeper and contribute to them being locked down 24 hours a Day for months - also for not getting us the level of care we need this jail cannot provide such care with it causing irreversible Damage to these AIC Inmates.

Continue Statement of Claim.

Also Both mental health workers Brady and Isaachs do not come down to med unit ever. So on the days they are supposed to we do not get seen. even when Deputys call them. We are not getting mental health help at all causing irreversible damages to us. they refuse to interfere with any of the illegall activities caused by Marion county sherrifs Deputys. I mr Ray was assaulted by a Deputy on the 7th of April. Deputy C Hernandez punched me in the stomach bruising my whole stomach. I filed Report they gave it to the Deputy who denied it

said i was not Breathing so He was trying to get me to Breath he lied, yes my diaphram stopped because i have ALS, Lough Gehrigs disease I should be at home or a medical Facility not being Abused in marion county Jail Do to medical neglect causing irriverable Damage at the hands of pHsyciatric crises center and sherruf Nick Hunter

and a Full Federal investigation into the neglect by Psychiatric Crises Center and Marion County Jail Deputy's charges brought against all staff to and like a Jail staff to abuse mentally ill inmates is wrong. And an Ethics violation to not treat an individual medically or only treat them bare minimum is malpractice specially when it causes irreversible damage. Both plaintiffs were in 24 hour lock down for over 30 days no phone calls to their family or lawyers no visits no canteen no books no nothing because of their mental illness behaviors causing irreversible damage that's why we are asking ten million dollars payment for the irreversible damages Psychiatric Crises Center and Marion County Sheriffs have caused for every hour and every day of mental torture

Continue of Release,

We ask that the court First Releases us into the care of the state Hospital or court orders our Release to a Hospital so we can receive Proper mental Health ~~treatment~~ and medical treatment which we are not Receiving from Phsyciatric crises center or marion county Jail we Have a Right to Proper mental Health and medical treatment if we are unable to Receive this at marion county Jail we should be Released into the care of a Hospital or medical & Phsyciatric Hospital who can. For a Sherrif to Allow a medical staff to knowingly Do malpractice and for mental Health to

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-11-25

Signature of Plaintiff: *J Ray*
Printed Name of Plaintiff: Jasson Ray 11961959

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____